FILED
NOV - 9 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
v.
NOE PEREZ

**CRIMINAL COMPLAINT**

CASE NUMBER: A-06-403M

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. That from on or about **February 2004 until on or about November 2, 2006**, in **Caldwell** County, in the **Western** District of **Texas** defendant(s) did **Conspire with the intent to Distribute Methamphetamine,** in violation of Title **21** United States Code, Section(s) 846 [Title 21 USC 841(a)(1)].

I further state that I am a(n) **Commissioned State Police Officer with the Texas Department of Public Safety,** and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: YES

_____
Thomas Williams, Sergeant
Texas Department of Public Safety

Sworn to before me and subscribed in my presence,

11/9/06 _____ at   Austin, Texas _____
Date                                                     City and State

Andrew Austin, U.S. Magistrate Judge              _____
Name & Title of Judicial Officer                        Signature of Judicial Officer

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CRIMINAL NO. _____ |
| NOE PEREZ, | ) ) ) |
| Defendant. | ) |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, THOMAS WILLIAMS, being duly sworn, depose and state the following:

1. Affiant, Sergeant Thomas Williams, have been a licensed Peace Officer in the State of Texas for approximately 13 years and hold a Master Peace Officer Certificate. Your Affiant has served as a Patrol Officer with the El Paso Police Department for 1.5 years and has been employed for the past 11 years with the Texas Department of Public Safety (DPS). Your Affiant currently holds the rank of Sergeant as a DPS Narcotics Investigator. During the course of his employment, your Affiant has received training in the detection and investigation of persons involved in the distribution, manufacture, cultivation and use of controlled substances. Your Affiant has been involved in the investigation of narcotics traffickers on the State and Federal levels. Your Affiant is routinely involved in investigations where suspects conspire with one another in furtherance of their criminal activities. Affiant is aware that subjects dealing in narcotics must rely on others to assist in the transporting, packaging, distributing, concealing, and selling of both the narcotics and the profits derived from narcotics trafficking. These subjects oftentimes form an organization and rely on the telephone, installed and/or cellular phone, to communicate with other members of the organization.

2. The information in this affidavit is based upon your Affiant's personal observations, as well as information obtained from other credible sources.

   a. The investigation into the narcotics trafficking organization of NOE PEREZ by your Affiant began in approximately February 2004. Your Affiant identified NOE PEREZ as the head of an international narcotics trafficking organization that includes several of NOE PEREZ'S closest associates and family members.

   b. Following the arrest of Source #1 (currently serving a federal sentence) for the possession of multiple ounces of methamphetamine (Ice), Source #1 was debriefed and provided

the following information. Source #1 identified NOE PEREZ as Source #1's methamphetamine supplier. Source #1 described transporting, dealing narcotics directly for NOE PEREZ. Source #1 identified NOE PEREZ as Source #1's immediate superior. Source #1 described NOE PEREZ as using Chevrolet Astro mini vans to transport narcotics and currency in a natural void within the vans. Source #1 stated that at least twelve (12) pounds of methamphetamine could be concealed in this natural void. Source #1's information has been corroborated via surveillance and debriefings of other coconspirators and sources.

  c. In June 2005, your Affiant conducted surveillance at the known residence of NOE PEREZ and documented multiple vehicles in his possession. Two of the vehicles documented were Chevrolet Astro Vans as mentioned above. Your Affiant observed NOE PEREZ inspect the vehicle prior to the Chevrolet Astro Van's journey to Mexico where the vehicle was subsequently seized as it crossed into the United States from Mexico with approximately 12 pounds of methamphetamine.

  d. Your Affiant has conducted debriefs of no less than 10 coconspirators of NOE PEREZ who have confessed to various roles against their penal interests within NOE PEREZ'S Drug Trafficking Organization that have identified NOE PEREZ as the financier and the head of an international narcotics trafficking organization that includes several of NOE PEREZ'S closest associates and family members.

  3. Based on the foregoing, there is probable cause to believe that, beginning on or about February 2004, and continuing until on or about November 2, 2006 in the Western District of Texas, Defendant **NOE PEREZ** did unlawfully, knowingly and intentionally conspire with other known and unknown to distribute methamphetamine, a controlled substance in violation of Title 21, United States Code, Section 846 & 841(a)(1).

  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

THOMAS WILLIAMS
Sergeant, Texas DPS Narcotics
Austin, Texas

Subscribed and sworn to before me on this 9th day of __November__, 2006.

UNITED STATES MAGISTRATE JUDGE